```
SCOTT D. NORMINGTON,              :    IN THE
Individually
2509 Baublitz Road                :    CIRCUIT COURT
Reisterstown, MD 21136
                                  :    FOR
and
                                  :    PRINCE GEORGE'S COUNTY
SCOTT D. NORMINGTON & JESSICA
NORMINGTON, as husband & wife     :    CAL19-39718
2509 Baublitz Road
Reisterstown, MD 21136            :

       Plaintiffs                 :

v.                                :

SCHINDLER ELEVATOR CORPORATION    :
P.O. Box 780
Toledo, OH 43601                  :
SERVE ON: Resident Agent
The Corporation Trust,            :
Incorporated
2405 York Road, Suite 200         :
Timonium, MD 21093
                                  :
       Defendant
                                  :
```

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

<u>COMPLAINT</u>
<u>PRAYER FOR JURY TRIAL</u>
<u>CIVIL INFORMATION SHEET</u>

Now come the Plaintiffs, Scott D, Normington, Individually and Scott D. Normington and Jessica Normington, as husband and wife, through their attorneys, Mark C. Miller and Blondell, Miller & Schuler, and sue the Defendant, Schindler Elevator Corporation and state:

1.  Plaintiffs, Scott D. Normington and Jessica Normington,

are husband and wife and residents of Baltimore County, Maryland.

2. Defendant, Schindler Elevator Corporation, is incorporated in the State of Maryland and conducts business within the State of Maryland.

3. Defendant, Schindler Elevator Corporation, is responsible for the inspection, operation, maintenance, repair, and servicing of the elevators in the Gaylord National Resort & Convention Center in Prince George's County, Maryland.

4. On September 30, 2018, Plaintiff, Scott D. Normington, attempted to board the elevator which was on the Atrium level of the Convention Center intending to go to his room. As he began to board the elevator, the doors suddenly and without warning closed aggressively, catching his leg between the doors injuring his knee.

5. This malfunction of the elevator caused serious personal injury to Mr. Normington.

Count One
(Negligence)

The Plaintiff, Scott D. Normington, sues the Defendant, Schindler Elevator Corporation, and realleges and incorporates by reference all those facts and allegations contained in Paragraphs One through Five above and states further:

6. The Defendant was responsible to inspect, operate, maintain, repair, and service the elevator in question.

7. The Defendant owed a duty to exercise the highest degree of skill and care in inspection, repair, and maintenance of the premises and in the inspection, operation, maintenance, repair, and servicing of the elevator. Defendant owed a duty to exercise reasonable diligence to discover the malfunction that caused injury to the Plaintiff.

8. The Defendant owed a further duty to provide safe and suitable elevator equipment.

9. Defendant breached its duty when it:

   a. permitted a hazardous and dangerous condition to exist on the elevator by failing adequately to inspect the elevator and elevator equipment;

   b. failed to observe the presence of a defective and malfunctioning elevator and elevator equipment;

   c. failed to take corrective action and repair the unsafe and malfunctioning elevator prior to the malfunction causing injury to the Plaintiff;

   d. failed to warn business invitees generally, and the Plaintiff specifically, of the danger posed by the presence of the defective and malfunctioning elevator;

   e. and in other respects, failed to maintain the elevator and elevator equipment in a safe manner.

10. As a direct and proximate result of the recklessness, negligence and carelessness of the Defendant, the Plaintiff, Scott

D. Normington:

    a. suffered serious, painful and permanent bodily injuries, great physical pain and mental anguish, severe and substantial emotional distress and loss of the capacity for the enjoyment of life;

    b. was, is, and will be required to undergo medical treatment and to incur medical costs and expenses in order to alleviate her injuries, pain and suffering;

    c. was, is, and will be precluded from engaging in normal activities and pursuits, including a loss of ability to earn money and of actual earnings;

    d. and, otherwise was hurt, injured and caused to sustain losses.

11. All of Scott D. Normington's losses and damages were, are and will be due solely to and by reason of the carelessness and negligence of the Defendant.

12. None of Scott D. Normington's losses or damages were the result of any negligence or want of due care on his part contributing thereto.

WHEREFORE, the Plaintiff, Scott D. Normington, sues the Defendant, and demands damages in excess of Seventy-five Thousand ($75,000.00) Dollars.

## COUNT TWO

### (Marital Claim)

The Plaintiffs, Scott D. Normington and Jessica Normington, sue the Defendant, Schindler Elevator Corporation, and realleges and incorporate by reference all those facts and allegations contained in Paragraphs One through Twelve above and state further:

13. That as a result of the injuries to the Plaintiff, Scott D. Normington, the Plaintiffs have been and will be deprived of the services, comfort, society, attention and companionship of each other.

14. All of the Plaintiffs' losses were, are and will be due solely to and by reason of the negligence and carelessness of the Defendant, Schindler Elevator Corporation, without any negligence or want of due care on their part contributing thereto.

WHEREFORE, these Plaintiffs claim damages in excess of Seventy-five Thousand ($75,000.00) Dollars.

BLONDELL, MILLER & SCHULER, and

_____
Mark C. Miller CPF#9312150253
628 Eastern Boulevard
Baltimore, MD 21221
410-687-7878
410-687-4657 - fax
Mark@blondellmiller.com
Attorneys for Plaintiffs

3

| | | |
|---|---|---|
| SCOTT D. NORMINGTON, Individually<br>2509 Baublitz Road<br>Reisterstown, MD 21136 | : | IN THE |
| | : | CIRCUIT COURT |
| and | : | FOR |
| SCOTT D. NORMINGTON & JESSICA NORMINGTON, as husband & wife<br>2509 Baublitz Road<br>Reisterstown, MD 21136 | : | PRINCE GEORGE'S COUNTY |
| Plaintiffs | : | CAL19-39718 |
| v. | : | |
| SCHINDLER ELEVATOR CORPORATION:<br>P.O. Box 780<br>Toledo, OH 43601<br>SERVE ON: Resident Agent<br>The Corporation Trust, Incorporated<br>2405 York Road, Suite 200<br>Timonium, MD 21093 | : | |
| Defendant | : | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

<u>PRAYER FOR JURY TRIAL</u>

Sir/Madam Clerk:

    The Plaintiffs elect and pray to have this case tried before a Jury.

                                BLONDELL, MILLER & SCHULER, and

                                */s/ Mark C. Miller*
                                Mark C. Miller CPF#9312150253
                                628 Eastern Boulevard
                                Baltimore, MD 21221
                                410-687-7878

410-687-4657 - fax
Mark@blondellmiller.com
Attorneys for Plaintiffs

MCM:gar
12/05/2019